## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

```
IN RE:                          :
                                :    CHAPTER 13
Jennifer Garmon,                :    Case No. 17-20526
                                :
                                :
         Debtor(s).             :
                                :
```

### REQUEST FOR CHANGE OF EMPLOYMENT

Please issue a new Notice to Commence Wage Withholdings for the above referenced Debtor, to the following payroll address:

**TARGET CORPORATION**
**Attn: PAYROLL DEPARTMENT**
**7000 TARGET PARKWAY N.**
**MAIL STOP: NCE-0243**
**MINNEAPOLIS, MN 55445**

This  25TH  day of  February  ,2020.

/s/ R. Flay Cabiness
R. Flay Cabiness
GA Bar # 002689
2225 Gloucester Street
Brunswick, GA 31520
912-554-3774